No. 74–6483. PIPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6486. MITCHELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–6489. GUAJARDO ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6490. GORDON v. COMMISSIONER, EMPLOYMENT SECURITY DEPARTMENT OF WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 74–6494. JAMES v. JOHNSON, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 3d Cir. Certiorari denied.

No. 74–6495. MAGEE v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 74–6496. BAZUA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 74–6497. SHEA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6501. LIRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–6504. WOODS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–6506. CRAVEN v. SUPERINTENDENT, CALIFORNIA CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.